delivery. Additional consultation and exchange of information was had during this period of time.

■■ We do not believe that this action constitutes any evidence of waiver. The plaintiff had already failed to comply with the conditions precedent of the delivering instrument. The fact that defendant tried to cooperate does not constitute a waiver. This action is attributable under these circumstances to customer relations and good will to hopefully a consistent customer.

Therefore, we find the decision of the trial court was correct.

Judgment affirmed.

SMITH, P. J., and TRAPP, J., concur.

W. Bryan Jeffreys, Plaintiff-Appellee, v. Bob Hickman, d/b/a Bob Hickman Ford Sales, Inc., Defendant-Appellant.

(No. 11260; ▉▉▉▉▉▉▉

Fourth District—April 20, 1971.

Opinion by Mr. JUSTICE REARDON.

Jack H. Anderson, of Charleston, for appellant.

W. Bryan Jeffreys, *pro se.*